IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF: ) CASE NO. 07-54000
) JUDGE SHEA-STONUM
CHELSEA D. DUELLEY ) CHAPTER 7
)
DEBTOR )

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

VERIZON NORTH, INC.        $24.48
404 BROCK DRIVE
BLOOMINGTON, IL 61701

2. Trustee's check for $24.48, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: September 23, 2010

KATHRYN A. BELFANCE
KATHRYN A. BELFANCE
TRUSTEE

Ck # 110

receipt # 81795